# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SUBRANNI, OSTROVE & ZAUBER
1020 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for Debtor

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 7 |
| Mary Elizabeth B. Ciarlante | : | |
| | : | CASE NO. 10-36632 |
| | : | |
| Debtor | : | |

## AMENDED SCHEDULES B AND C

Mary Elizabeth B. Ciarlante, the debtor herein, hereby amends Schedule B add the following:

| Type of Property | Description and Location | Joint | Value |
|---|---|---|---|
| Worker's compensation claim from death of husband | Monthly payment to debtor and children as disclosed on Schedule I | | |

Schedule C is hereby amended to claim an exemption in the above captioned worker's compensation claim pursuant to Section 522(d)(11(B) and/or ((E)

I hereby certify under penalty that the above information is correct.

Dated: 01/3/2011        Debtor's signature:    /s/Mary Elizabeth B. Ciarlante
                                                Mary Elizabeth B. Ciarlante